## 47903. SHAW v. JONES et al.

BELL, Chief Judge. This is an appeal by appellant, a codefendant, from the grant of his codefendant's motions for summary judgment in a tort action which occurred in August, 1970, alleging joint and several liability. The plaintiff filed no appeal. Here, there has been no trial resulting in a judgment against the defendants and no right of contribution exists. The cases of *Southeastern Erection Co. v. Flagler Co.,* 108 Ga. App. 831 (134 SE2d 822) and *Lewis Card & Co. v. Liberty Mut. Ins. Co.,* 127 Ga. App. 441 (193 SE2d 856) control. The motions to dismiss must be granted and the appeal is dismissed.

*Appeal dismissed. Quillian, J., concurs. Deen, J., concurs in the judgment only.*

ARGUED FEBRUARY 5, 1973 — DECIDED APRIL 17, 1973 —
REHEARING DENIED MAY 15, 1973 —

*Divine, Busbee & Wilkin, George D. Busbee,* for appellant.
*Thomas Wm. Malone & Assoc., Thomas Wm. Malone, Perry, Walters, Lippitt & Custer, S. B. Lippett, Jr., Landau, Davis &*

*Farkas, Leonard Farkas, II,* for appellees.

DEEN, Judge, concurring in the judgment only. I concur in the judgment only for the reasons set forth in my concurrence in *Lewis Card &c. Co. v. Liberty Mut. Ins. Co.,* 127 Ga. App. 441 (193 SE2d 856).